UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV429

| | | |
|---|---|---|
| BRYCE W. POPE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| STOWE PHARR MILLS, INC. and | ) | |
| KAREN MAYHUE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 13, 2006, the magistrate judge issued a Memorandum and Recommendation in the present case recommending that Defendant Karen Mayhue's Motion to Dismiss be granted. (Doc. No. 17). The parties were advised that objections were to be filed in writing within ten days after service of the magistrate judge's decision. The deadline for filing objections has passed without any party filing objections in this matter. After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the magistrate judge's recommendation that Defendant Mayhue's Motion to Dismiss be granted.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant Karen Mayhue's Motion to Dismiss be **GRANTED** and that the Complaint against her be **DISMISSED WITH PREJUDICE**.

1

Signed: September 27, 2006

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge